## HAMILTON, Administrator, *v.* NOBLE, in Error.

*Friday,*
*May 10.*

THE plaintiff, an administrator, declared in the debet and de- tinet. Plea, that the intestate had executed to the defendant his bond for the payment of 2,000 dollars, which was unpaid, &c. On general demurrer to the plea, the Court held it to be insuffi- cient, the statute requiring a plea of payment for the admission of matters of set-off. Stat. 1817, p. 38 (1).

It was also held, that the objection to the declaration on ac- count of its being in the debet and detinet, instead of in the de- tinet only, could be taken advantage of only by special demur- rer. 2 Bac. 289.—Stat. 1817, p. 41 (2).

(1) Stat. 1823, p. 294.—*Coe* v. *Givan, May* term, 1825, post.

(2) Stat. 1823, p. 298.—Bull. N. P. 169.